[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1214.]

RICCHETTI, APPELLANT, *v*. CLEVELAND CITY SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE.

[Cite as *Ricchetti v. Cleveland City School Dist. Bd. of Edn*., 1995-Ohio-185.]

*Appeal dismissed as improvidently allowed.*

(No. 94-898—Submitted May 10, 1995—Decided June 21, 1995.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 64833.

————————————

*Gold, Rotatori & Schwartz Co., L.P.A.,* and *Susan L. Gragel*, for appellant.

*Wanda Rembert Arnold*, General Counsel, and *George S. Crisci*, Legal Counsel; *Duvin, Cahn & Hutton, Robert M. Wolff* and *Kenneth B. Stark*, for appellee.

————————————

{¶ 1} *Sua sponte*, cause dismissed as having been improvidently allowed. This court orders that the court of appeals' opinion not be published in the Ohio Official Reports and that it may not be cited as authority except by the parties inter se.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

————————————